**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROME RICHARD CHACON, | ) |
| Petitioner, | ) 3:03-cv-0214-ECR-RAM |
| vs. | ) |
| | ) **ORDER** |
| E.K. McDANIEL, *et al.*, | ) |
| Respondents. | ) |

Before the court is petitioner's first motion for enlargement of time in which to file his reply to the answer to the second amended habeas corpus petition. Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion (docket #82) is **GRANTED**. Petitioner shall have up to and including June 28, 2010, in which to file and serve his reply to the answer to his second amended habeas corpus petition.

Dated this 28th day of May, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE